Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| LAURA WENTLING,<br><br>            Plaintiffs,<br><br>     vs.<br><br>TRANSUNION, LLC; et. al.,<br><br>            Defendants. | Federal Case No.: 5:17-cv-02970-BLF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CHASE BANK USA, N.A.; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Laura Wentling and defendant Chase Bank USA, N.A. ("Chase"), through their designated counsel, that Chase be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED:  June 29, 2017            **Sagaria Law, P.C.**

|   |   |
|---|---|
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Laura Wentling |

DATED: June 29, 2017            **Covington and Burling LLP**

|   |   |
|---|---|
| | By: _/s/Megan l. Rodgers_ |
| | Megan l. Rodgers |
| | Attorneys for Defendant |
| | Chase Bank USA, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Megan Rodgers has concurred in this filing.
_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Chase is dismissed with prejudice from the above-captioned action and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____            _____
BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE